# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MONIQUE WILLIAMS, | ) |
| | ) |
| Plaintiff, | )   CIVIL NO. 4:14-cv-00045-RC-ALM |
| | ) |
| v. | ) |
| | ) |
| REALPAGE, INC. d/b/a LEASING DESK, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, on this 12th day of March by and between Plaintiff Monique Williams and Defendant RealPage, Inc., d/b/a Leasing Desk that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant be dismissed with prejudice, with each party to bear her or its own attorney's fees, costs and expenses incurred.

Respectfully submitted,

 /s/ Erin A. Novak
Erin A. Novak
(admitted *pro hac vice*)
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

*Counsel for Plaintiff Monique Williams*

 /s/ Greg M. Dykeman
Greg M. Dykeman
(TX Bar No. 06325100)
STRONG PIPKIN BISSELL & LEDYARD, LLP
595 Orleans, Suite 1400
Beaumont, TX 77701
Telephone: (409) 981-1120
Facsimile: (409) 981-1010

*Counsel for Defendant RealPage, Inc. d/b/a Leasing Desk*