**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MONIQUE WILLIAMS, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| V. § | CASE NO.  4:14cv45 |
| § | Judge Clark/Judge Mazzant |
| REALPAGE, INC. d/b/a LEASING DESK, § | |
| § | |
| *Defendant.* § | |

## ORDER OF DISMISSAL

Before the court is the parties' Stipulation of Dismissal [Doc. #17].

It is **ORDERED** that the Stipulation of Dismissal [Doc. #17] is accepted by the court.

The court further **ORDERS** that Plaintiff's claims against Defendant RealPage, Inc., d/b/a Leasing Desk are **DISMISSED** with prejudice, with each party to bear their own attorney's fees, costs, and expenses incurred.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** on March 28, 2014.

_____
Ron Clark, United States District Judge